# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DON YOUNG,<br><br>                Plaintiff,<br><br>v.<br><br>O'REILLY AUTOMOTIVE STORES, INC.; a Missouri Corporation, form unknown; and DOES 1-100, inclusive,<br><br>                Defendants. | CASE NO. 2:18-CV-1953 R (SK)<br><br>**JUDGMENT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 58(d)**<br><br>JUDGE:      Hon. Manuel L. Real<br>MAGISTRATE: Steve Kim |

On or about October 23, 2018, this Court entered an Order DISMISSING Plaintiff DON YOUNG's ("Plaintiff") Complaint WITH PREJUDICE when it granted Defendant O'REILLY AUTO ENTERPRISES, LLC's (erroneously sued as O'REILLY AUTOMOTIVE STORES, INC.) ("O'Reilly") Motion for Terminating Sanctions Pursuant to Federal Rules of Civil Procedure 37. (Doc. No. 30.) On that same date, this Court also entered an Order which required Plaintiff and his counsel of record, the Law Offices of Loyst P. Fletcher, to jointly pay O'Reilly $9,493 based on O'Reilly's Motion for Monetary Sanctions Pursuant to Federal Rules of Civil Procedure 37 (Id.)

///

///

| | |
|---|---|
| 1 | Accordingly, pursuant to this Court's Order as set forth above, it is hereby |
| 2 | ordered, adjudged and decreed, that Judgment on this matter is hereby entered in |
| 3 | favor of O'Reilly and against Plaintiff. Also, Plaintiff and his counsel of record, |
| 4 | the Law Offices of Loyst P. Fletcher, are hereby jointly and severally ordered to |
| 5 | pay to O'Reilly the total sum of $9,493. |
| 6 | IT IS SO ORDERED. |

DATED: February 19, 2019

_____
Hon. Manuel L. Real
United States District Court Judge